IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY WAX | CIVIL ACTION |
| v. | NO. 25-cv-269 |
| UNIVERSITY OF PENNSYLVANIA | |

**O R D E R**

**AND NOW**, this 17th day of **JANUARY, 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Anita B. Brody to the calendar of the Honorable Timothy J. Savage for further proceedings.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

/s/George Wylesol
GEORGE WYLESOL
Clerk of Court