## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Amy Wax,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>University of Pennsylvania and Board of Trustees of the University of Pennsylvania,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 2:25-CV-00269 |

### **NOTICE OF APPEARANCE**

　　　Kindly enter the appearance of Joe H. Tucker on behalf of Defendant University of Pennsylvania and Board of Trustees of the University of Pennsylvania in the above-captioned matter.

Dated: January 31, 2025

Respectfully submitted,

By: */s/Joe H. Tucker*
　　Joe H. Tucker, Bar No. 56617
　　jtucker@tlgattorneys.com
　　TUCKER LAW GROUP
　　1801 Market Street, Suite 2500
　　Philadelphia, PA  19103
　　+1.215.875.0609

　　*Attorneys for Defendant University of Pennsylvania and Board of Trustees of the University of Pennsylvania*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance to be filed and served on counsel of record via the Court's ECF system on January 31, 2025.

*/s/ Joe H. Tucker*
Joe H. Tucker