IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY WAX,<br><br>**Plaintiff,**<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>**Defendants.** | No. 2:25-cv-00269-TJS |

### PROFESSOR AMY WAX'S CONSENT MOTION TO AMEND COMPLAINT AND CAPTION

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and pursuant to discussion with counsel for Defendants, Plaintiff Professor Amy Wax ("Plaintiff" or "Professor Wax"), by and through undersigned counsel, hereby moves to amend Plaintiff's Complaint, ECF No. 1, (1) to name as Defendants "The Trustees of the University of Pennsylvania" as the sole Defendants in the case; and (2) to allege as operative counts the Title VII and Americans with Disabilities Act claims, now that Professor Wax has obtained a right to sue letter from the EEOC, attached.

Defendant has provided written consent to this motion, without prejudice to its right to move to dismiss the amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: February 28, 2025                                Respectfully submitted,

/s/ *Caleb Acker*
PA Bar No. 330399
HOLTZMAN VOGEL BARAN

TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
cacker@holtzmanvogel.com
540-341-8808

Jason B. Torchinsky*
D.C. Bar No. 976033 HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
2300 N Street NW,
Suite 643
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
Phone: (202) 737-8808

Susan Greene
NY Bar No. 4687349 HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
5360 Genesee Street, Suite 203
Buffalo, NY 14026
sgreene@holtzmanvogel.com
Phone: (716) 647-6103

Samantha K. Harris
PA Bar No. 90268 ALLEN HARRIS PLLC
P.O. Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

*Attorneys for Plaintiff Professor Amy Wax*

*\* pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY WAX,<br><br>**Plaintiff,**<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>**Defendants.** | No. 2:25-cv-00269-TJS |

**ORDER ON AMENDING COMPLAINT AND CAPTION**

For the reasons stated in Professor Wax's ("Plaintiff's") Consent Motion to Amend the Caption, that Motion is GRANTED.

IT IS SO ORDERED.

_____
Timothy J. Savage
U.S. District Judge

1