# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY WAX** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** and | : | |
| **BOARD OF TRUSTEES OF THE** | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | NO. 25-269 |

## ORDER

**NOW**, this 3rd day of March, 2025, upon consideration of Professor Amy Wax's Consent Motion to Amend Complaint and Caption (Doc. No. 20), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file plaintiff's Amended Complaint (Doc. No. 20-2) as of this date.

   /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.
