## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Amy Wax, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civ. No. 2:25-cv-00269-TJS |
| v. | : | |
| | : | |
| The Trustees of the University of Pennsylvania, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants the Trustees of the University of Pennsylvania hereby move this Court to dismiss Plaintiff's Complaint in its entirety, with prejudice.  For the reasons set forth in the accompanying Memorandum of Law, this Court should grant Defendants' Motion.

Dated: March 12, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Michael L. Banks*

Michael L. Banks (Bar No. 35052)
A. Klair Fitzpatrick (Bar No. 309329)
Arielle H. Steinhart (Bar No. 331886)
2222 Market Street
Philadelphia, PA  19103-3007
+1.215.963.5000
michael.banks@morganlewis.com
klair.fitzpatrick@morganlewis.com
arielle.steinhart@morganlewis.com

TUCKER LAW GROUP
Joe H. Tucker (Bar No. 56617)
1801 Market Street, Suite 2500
Philadelphia, PA  19103
+1.215.875.0609
jtucker@tlgattorneys.com

*Counsel for Defendants the Trustees of the
University of Pennsylvania*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael L. Banks, hereby certify that on this 12th day of March, 2025, a true and correct copy of the foregoing Defendants' Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint was electronically filed and is available for viewing and downloading from the Court's ECF system.

*/s/ Michael L. Banks*
Michael L. Banks