IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Amy Wax, | ) |
|     Plaintiff, | ) Civ. No. 2:25-cv-00269-TJS |
| v. | ) **DECLARATION OF** |
| The Trustees of the University of Pennsylvania, | ) **MICHAEL L. BANKS** |
|     Defendants. | ) |

Pursuant to 28 U.S.C. § 1746, I, Michael L. Banks, hereby declare under penalty of perjury as follows:

1. I am counsel of record for Defendants the Trustees of the University of Pennsylvania ("Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint.

2. Attached as **Exhibit A** is a true and correct copy of the University of Pennsylvania Faculty Handbook, generated August 1, 2024.

3. Attached as **Exhibit B** is a true and correct copy of the University of Pennsylvania Guidelines on Open Expression, generated August 5, 2024.

4. Attached as **Exhibit C** is a true and correct copy of the Charge of Discrimination that Plaintiff Amy Wax filed with the Equal Employment Opportunity Commission, dated January 31, 2025.

Executed on March 12, 2025, in Philadelphia, PA.

                                               MICHAEL L. BANKS