# EXHIBIT C



# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| | |

| N/A | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.) | Home Phone | Year of Birth |
|---|---|---|
| Prof. Amy Wax | 267.994.0496 | 1953 |

Street Address, City State and ZIP Code
1531 Amity Road,
Rydal, PA 19046

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| The Trustees of the University of Pennsylvania | More than 500 | 215.898.7005 |

Street Address, City State and ZIP Code
Office of the University Secretary
1 College Hall, Room 211
Philadelphia, PA 19104-6303

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address, City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Race/Ethnicity/National Origin | Earliest: March 2, 2022 |
| Disability | Latest: Continuing / Adverse Employment Action Occurred 09/23/2024 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I am employed by the employer as a tenured professor of law at the Carey School of Law at the University of Pennsylvania. I am ethnically Jewish and considered racially White. The employer initiated disciplinary proceedings against me on March 2, 2022, imposing sanctions against me on September 23, 2024. The employer took adverse action against me for my speech on certain racial topics concerning primarily Black Americans. At the same time, the employer did not punish other speakers that engaged in speech of the same or materially similar racial content that concerned primarily people of Jewish ethnicity or the Jewish state of Israel. The employer also did not punish antisemitic speech made by persons of various other non-White races and ethnicities. I believe that I was subjected to disparate treatment, and that my employer's speech policies are racially discriminatory and antisemitic. I believe that I have been subjected to an unlawfully hostile work environment because of my national origin or religion or both in violation of Title VII of the Civil Rights Act of 1964.

Additionally, I asked that the disciplinary proceedings against me be paused indefinitely while I battled cancer. On August 31, 2022, I sent a letter requesting this disability accommodation, attaching letters from my physicians indicating that I was too impaired to defend myself against Penn's charges while carrying a full-time teaching load, and that dealing with disciplinary allegations and proceedings would likely subject me to undue and harmful stress while undergoing treatment. The employer denied my request for the reasonable accommodation of delaying the disciplinary proceedings until after my treatment concluded and instead insisted that I take a complete leave of absence from Penn, even though doing so would unnecessarily separate me from my students and teaching activities and compromise my recovery. I believe that I have been subjected to adverse action because of disability in violation of the Americans with Disabilities Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 1/31/2025<br>*Date*  Signed by: *Amy Wax*  B455A697A7184DD...<br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |