## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMY WAX,

**Plaintiff,**

v.

THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

**Defendants.**

No. 2:25-cv-00269-TJS

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN CLAIM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Professor Amy Wax hereby files this Notice of Voluntary Dismissal, with prejudice, as to Plaintiff's claim for violations of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq*. (Count VI). No answer or motion for summary judgment has been filed.

Dated: March 20, 2025

Respectfully submitted,

/s/ *Caleb Acker*
Caleb Acker
PA Bar No. 330399
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
cacker@holtzmanvogel.com
540-341-8808

Jason B. Torchinsky*
D.C. Bar No. 976033
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
2300 N Street NW,
Suite 643
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
Phone: (202) 737-8808

Susan Greene*
NY Bar No. 4687349
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
5360 Genesee Street, Suite 203
Buffalo, NY 14026
sgreene@holtzmanvogel.com
Phone: (716) 647-6103

Samantha K. Harris
PA Bar No. 90268
ALLEN HARRIS PLLC
P.O. Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

*Attorneys for Plaintiff Professor Amy Wax*

*\* pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of March 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ *Caleb Acker*</u>
Caleb Acker