IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY WAX,<br><br>    **Plaintiff,**<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    **Defendants.** | No. 2:25-cv-00269-TJS |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
CALEB B. ACKER AS COUNSEL**

Plaintiff respectfully move to withdraw Caleb B. Acker, of the law firm Holtzman Vogel Baran Torchinsky & Josefiak PLLC, as counsel for Plaintiff due to Mr. Acker's impending departure from the firm. Plaintiff will remain represented in this case by Jason B. Torchinsky, Kellen S. Dwyer, Susan Greene, and Samantha K. Harris who has previously appeared in this case. This withdrawal will not delay any proceedings.

A proposed order accompanies this motion.

WHEREFORE, Caleb B. Acker respectfully request this Court grant the Motion to Withdraw as Counsel.

**LOCAL RULE 3.01(G) CERTIFICATION**

I have conferred with the opposing party and represent that the opposing party does not oppose this Motion.

                /s/ Samantha K. Harris
                Samantha K. Harris

Dated: May 1, 2025

| | |
|---|---|
| */s/ Caleb Acker* | |
| Caleb Acker | Samantha K. Harris |
| PA Bar No. 330399 | PA Bar No. 90268 |
| HOLTZMAN VOGEL BARAN | ALLEN HARRIS PLLC |
| TORCHINSKY & JOSEFIAK PLLC | P.O. Box 673 |
| 15405 John Marshall Hwy | Narberth, PA 19072 |
| Haymarket, VA 20169 | (610) 634-8258 |
| cacker@holtzmanvogel.com | sharris@allenharrislaw.com |
| 540-341-8808 | |
| | |
| Jason B. Torchinsky* | Susan Greene* |
| D.C. Bar No. 976033 | NY Bar No. 4687349 |
| Kellen S. Dwyer | HOLTZMAN VOGEL BARAN |
| D.C. Bar No. | TORCHINSKY & JOSEFIAK PLLC |
| HOLTZMAN VOGEL BARAN | 5360 Genesee Street, Suite 203 |
| TORCHINSKY & JOSEFIAK PLLC | Buffalo, NY 14026 |
| 2300 N Street NW, Suite 643 | sgreene@holtzmanvogel.com |
| Washington, D.C. 20037 | Phone: (716) 647-6103 |
| jtorchinsky@holtzmanvogel.com | |
| Phone: (202) 737-8808 | |

*Attorneys for Plaintiff*
*\* admitted pro hac vice*

## CERTIFICATE OF SERVICE

    This certifies that the foregoing was filed electronically on May 1, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Samantha K. Harris
Samantha K. Harris
