# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY WAX** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA and** | : | |
| **BOARD OF TRUSTEES OF THE** | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | NO. 25-269 |

## ORDER

**NOW**, this 2nd day of May, 2025, upon consideration of Plaintiff's Unopposed Motion to Withdraw Caleb B. Acker as Counsel (Doc. No. 35), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the appearance of Caleb B. Acker as counsel for plaintiff Amy Wax is **WITHDRAWN**.

                                                                                    <u>   /s/ Timothy J. Savage</u>
                                                                                    TIMOTHY J. SAVAGE, J.