# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY WAX** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA and** | : | |
| **BOARD OF TRUSTEES OF THE** | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 25-269** |

## ORDER

**NOW**, this 5th day of May, 2025, it is **ORDERED** that the Defendant shall respond to Professor Amy Wax's Motion for Preliminary Injunction no later than **May 19, 2025**, and Plaintiff may reply no later than **May 26, 2025**.

                                                                                        /s/ Timothy J. Savage  
                                                                                     TIMOTHY J. SAVAGE, J.