# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY WAX** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA and** | : | |
| **BOARD OF TRUSTEES OF THE** | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 25-269** |

## ORDER

**NOW**, this 20th day of May, 2025, upon consideration of the Joint Motion for Entry of Stipulated Protective Order (Doc. No. 39), it is **ORDERED** that the motion is **GRANTED**.

TIMOTHY J. SAVAGE, J.