IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Amy Wax, | : |
|        Plaintiff, | : |
|     v. | :    Civ. No. 2:25-cv-00269-TJS |
| The Trustees of the University of Pennsylvania, | : |
|        Defendant. | : |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REPLY BRIEF
AND EXHIBIT, OR, IN THE ALTERNATIVE, FOR SUR-REPLY**

For the reasons set forth in Defendant's accompanying Memorandum in Support, Defendant the Trustees of the University of Pennsylvania ("Defendant"), by and through its undersigned counsel, respectfully move this court to strike Plaintiff's Reply in Support of her Motion for a Preliminary Injunction (ECF No. 43) and/or the affidavit attached thereto as Exhibit A (ECF No. 44), or in the alternative, for the opportunity to file a Sur-Reply.

Dated: June 2, 2025

                                            MORGAN, LEWIS & BOCKIUS LLP

                                            By: */s/ Michael Banks*

                                            Michael L. Banks (Bar No. 35052)
                                            A. Klair Fitzpatrick (Bar No. 309329)
                                            Arielle H. Steinhart (Bar No. 331886)
                                            2222 Market Street
                                            Philadelphia, PA  19103-3007
                                            +1.215.963.5000
                                            michael.banks@morganlewis.com
                                            klair.fitzpatrick@morganlewis.com
                                            arielle.steinhart@morganlewis.com

                                            TUCKER LAW GROUP

Joe H. Tucker (Bar No. 56617)
1801 Market Street, Suite 2500
Philadelphia, PA  19103
+1.215.875.0609
jtucker@tlgattorneys.com

*Counsel for Defendants the Trustees
of the University of Pennsylvania*