IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY WAX** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA and** | : | |
| **BOARD OF TRUSTEES OF THE** | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 25-269** |

## ORDER

**NOW**, this 4th day of June, 2025, the plaintiff having filed a Motion for Preliminary Injunction, it is **ORDERED** that oral argument on the motion is scheduled for **Monday, June 16, 2025, at 9:00 a.m., in Courtroom 9A**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

_____
TIMOTHY J. SAVAGE, J.