# Morgan Lewis

**Michael L. Banks**
Partner
+1.215.963.5387
michael.banks@morganlewis.com

June 17, 2025

**VIA ECF**

Judge Timothy Savage
Courtroom 9A
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Amy Wax v. The Trustees of the University of Pennsylvania*, No. 2:25-cv-00269-TJS, (E.D. Pa.)
Clarification of Record

Your Honor:

We respectfully seek to clarify the record from yesterday's hearing on Plaintiff's Motion for Preliminary Injunction.

Your Honor inquired as to when Plaintiff received a copy of the investigative report issued by Daniel Rodriguez ("Rodriguez Report"). Counsel mistakenly indicated that the report was received by Plaintiff approximately six weeks before the internal hearing that was held in May 2023. In fact, as Plaintiff conceded at her deposition yesterday, the Rodriguez report was sent to Plaintiff in April 2022, approximately 13 months before the Hearing Board proceedings were convened.

We appreciate the opportunity to correct the record on this point.

Sincerely,

Michael L. Banks

MLB/mafm

Cc: All Counsel of Record

**Morgan, Lewis & Bockius** LLP

2222 Market Street
Philadelphia, PA 19103-3007
United States
T +1.215.963.5000
F +1.215.963.5001