IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY WAX** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA and** | : | |
| **BOARD OF TRUSTEES OF THE** | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | NO. 25-269 |

### ORDER

**NOW**, this 23rd day of June, 2025, upon consideration of Professor Amy Wax's Motion for Preliminary Injunction (Doc. No. 27), the defendant's response, the plaintiff's reply, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.