IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY WAX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA and | : | |
| BOARD OF TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA | : | NO. 25-269 |

## ORDER

**NOW**, this 7th day of July, 2025, upon consideration of the Defendants' Motion to Strike Plaintiff's Reply Brief and Exhibit, Or, In the Alternative, For Sur-Reply (Doc. No. 45) and the plaintiff's response, and the plaintiff's motion for a preliminary injunction having been denied, it is **ORDERED** that the motion is **DENIED AS MOOT**.

_____
TIMOTHY J. SAVAGE, J.