IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY WAX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA and | : | |
| BOARD OF TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA | : | NO. 25-269 |

## ORDER

**NOW**, this 14th day of July, 2025, the defendants having filed a motion to dismiss and the plaintiff having responded in opposition to the motion, it is **ORDERED** that the remaining deadlines in the March 18, 2025 Scheduling Order are **STAYED** pending disposition of the motion to dismiss.

/s/ Timothy J. Savage
_____
TIMOTHY J. SAVAGE, J.