IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY WAX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : | |
| | : | NO. 25-269 |

## ORDER

**NOW**, this 27th day of August, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 26), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Counts II, III and V of plaintiff's Amended Complaint are **DISMISSED WITH PREJUDICE.**

2. Counts I and IV of plaintiff's Amended Complaint are **DISMISSED WITHOUT PREJUDICE.**

_____
TIMOTHY J. SAVAGE, J.