IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY WAX,<br><br>**Plaintiff,**<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>**Defendants.** | No. 2:25-cv-00269-TJS |

### NOTICE OF APPEAL

Please take notice that Plaintiff, Professor Amy Wax, hereby appeals to the United States Court of Appeals for the Third Circuit from the attached Memorandum Opinion (Doc. 55) and Order (Doc. 56) entered August 28, 2025, which granted Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

Dated: September 26, 2025

Respectfully submitted,

/s/ *Samantha K. Harris*
Samantha K. Harris
PA Bar No. 90268
ALLEN HARRIS PLLC
P.O. Box 673
Narberth, PA 19072
sharris@allenharrislaw.com
Phone: (610) 634-8258

Jason B. Torchinsky*
D.C. Bar No. 976033
Kellen S. Dwyer*
D.C. Bar No. 1008151
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
2300 N Street NW, Suite 643
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
kdwyer@holtzmanvogel.com
Phone: (202) 737-8808

Susan Greene*
NY Bar No. 4687349
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
5360 Genesee Street, Suite 203
Buffalo, NY 14026
sgreene@holtzmanvogel.com
Phone: (716) 647-6103

*Attorneys for Plaintiff Professor Amy Wax*

* *pro hac vice*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of September, 2025, a true and correct copy of the foregoing was electronically filed and is available for viewing and downloading from the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Samantha K. Harris*
Samantha K. Harris
