IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY WAX,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    *Defendants*. | Case No. 2:25-cv-00269-TJS |

## **DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR BILL OF COSTS**

    Pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.1, Defendants the Trustees of the University of Pennsylvania ("Defendants") respectfully seek an award of taxable costs under 28 U.S.C. § 1920, following this Court's Order on August 8, 2025, granting Defendants' Motion to Dismiss Plaintiff's Complaint. As part of the Order, this Court dismissed Plaintiff's federal claims with prejudice and declined to exercise supplemental jurisdiction over Plaintiff's state law claims. *See* ECF Nos. 55–56.[1]

    Defendants incurred taxable costs covering two categories under 28 U.S.C. § 1920: (i) fees for printed and electronically recorded transcripts and video necessarily obtained for use in this case, § 1920(2), and (ii) costs of making copies of any materials where the copies are necessarily obtained for use in this case, § 1920(4). As explained in detail below, as the prevailing party, Defendants request the clerk to tax **$22,111.10** in costs against Plaintiff.

---

[1] *See Allegheny Coupling Co. v. Betts Indus., Inc.,* 2010 WL 2640140, at *2 (W.D. Pa. June 30, 2010) (collecting cases awarding costs to defendants under 28 U.S.C. § 1920 as the "prevailing party" when courts entered judgment on federal claims and declined to exercise supplemental jurisdiction over remaining state law claims).

**I.  Fees for Printed and Electronically Recorded Transcripts & Video Necessarily Obtained for Use in the Case, 28 U.S.C. § 1920(2).**

Defendants seek to recover the following taxable costs associated with acquiring transcripts, exhibits, and video related to depositions noticed by both parties, as provided by 28 U.S.C. § 1920(2).

Defendants noticed and took the depositions of Plaintiff and Plaintiff's proposed expert witness, Keith Whittington. Meanwhile, Plaintiff noticed and took the depositions of Defendants' witnesses Sigal Ben-Porath, M. Elizabeth Magill, and Theodore Ruger. As summarized in **Table 1** below, Defendants incurred the following costs associated with acquiring transcripts, exhibits, and video associated with the depositions noticed by the Parties. *See* Exs. A-F.

**TABLE 1**
*Deposition Transcript & Video Costs*

| Invoice Date | Cost Type | Amount | Narrative | Exhibit |
|---|---|---|---|---|
| 6/23/2025 | Transcript | $2,386.31 | Court Reporter – Magna Legal Services LLC – Deposition of Amy Wax | A |
| 7/9/2025 | Transcript | $1,529.20 | Court Reporter – Planet Depos, LLC – Deposition of M. Elizabeth Magill | B |
| 7/10/2025 | Transcript | $657.91 | Court Reporter – Magna Legal Services LLC – Continued Deposition of Amy Wax | C |
| 7/11/2025 | Transcript | $1,546.45 | Court Reporter – Planet Depos, LLC – Deposition of Theodore W. Ruger | D |
| 7/22/2025 | Transcript | $2,399.90 | Court Reporter – Magna Legal Services LLC – Deposition of Keith Whittington | E |
| 7/24/2025 | Transcript | $1,915.75 | Court Reporter – Planet Depos, LLC – Deposition of Sigal Ben-Porath | F |
| 6/27/2025 | Video | $1,127.00 | Magna Legal Services LLC – Video Deposition of Amy Wax | G |
| 7/17/2025 | Video | $450.00 | Magna Legal Services LLC – Video Deposition of Amy Wax | H |
| 7/17/2025 | Video | $825.00 | Magna Legal Services LLC – Video Deposition of Keith Whittington | I |
| **Total:** | | **$12,837.52** | | |

In total, Defendants incurred an aggregate total of **$12,837.52** in taxable costs associated with acquiring printed and electronically recorded transcripts and exhibits related to depositions noticed by Plaintiff.

II. **Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use in the Case, 28 U.S.C. § 1920(4)**

"[T]he costs of making copies of any materials where the copies are necessarily obtained for use in the case" are taxable under 28 U.S.C. § 1920(4). *See Allen v. Nat'l R.R. Passenger Corp.*, 285 F. App'x 937, 939 (3d Cir. 2008) (affirming award of copying costs to prevailing defendant). Defendants request the following costs for exemplification and the costs of making copies of any materials where the copies were necessarily obtained for use in the case.

**TABLE 2**
*Costs of Making Copies of Materials Necessary for Use in Case*

| Work Date | Amount | Cost Description | Exhibit |
|---|---|---|---|
| **4/30/2025** | $26.88 | Color Duplicating | J |
| **4/30/2025** | $26.88 | Color Duplicating | J |
| **6/3/2025** | $5.04 | Duplicating Usage | J |
| **6/3/2025** | $106.56 | Color Duplicating | J |
| **6/10/2025** | $14.16 | Duplicating Usage | J |
| **6/10/2025** | $498.48 | Duplicating Usage | J |
| **6/12/2025** | $409.80 | Duplicating Usage | J |
| **6/12/2025** | $103.68 | Duplicating Usage | J |
| **6/12/2025** | $60.00 | Color Duplicating | J |
| **6/12/2025** | $425.28 | Other Duplicating Other Duplicating COLOR COPIES | J |
| **6/13/2025** | $71.16 | Duplicating Usage | J |

| | | | |
|---|---|---|---|
| **6/13/2025** | $118.80 | Duplicating Usage | J |
| **6/13/2025** | $255.00 | Duplicating Usage | J |
| **6/13/2025** | $125.76 | Color Duplicating | J |
| **6/13/2025** | $183.36 | Color Duplicating | J |
| **6/13/2025** | $352.80 | Color Duplicating | J |
| **6/18/2025** | $720.24 | Duplicating Usage | J |
| **6/18/2025** | $61.44 | Color Duplicating | J |
| **6/20/2025** | $100.80 | Duplicating Usage | J |
| **6/20/2025** | $25.44 | Duplicating Usage | J |
| **6/26/2025** | $108.96 | Duplicating Usage | J |
| **6/26/2025** | $937.92 | Color Duplicating | J |
| **6/30/2025** | $117.24 | Duplicating Usage | J |
| **6/30/2025** | $217.92 | Color Duplicating | J |
| 7/7/2025 | $107.76 | Duplicating Usage | J |
| 7/7/2025 | $150.72 | Color Duplicating | J |

The total aggregate cost is **$5,332.08.**

The Third Circuit Court of Appeals permits prevailing parties to recover costs related to the conversion of native files to TIFF or PDF format and the scanning of physical documents to create digital copies that were "necessarily obtained for use in the case" under § 1920(4). *See Race Tires Am., Inc. v. Hoosier Racing Tire Corp.*, 674 F.3d 158, 171 (3d Cir. 2012) (holding that taxable e-discovery activities include the conversion of native files and scanning of hard copy documents to digital format). Accordingly, Defendants seek to recover the costs of file format conversion. *See* Ex. K. The total cost of Bates numbering and TIFF-ing the produced documents

came to **$3,941.50**. *See id.* Defendants request that the Court tax Plaintiff the costs associated with these conversion charges.

## **CONCLUSION**

For the foregoing reasons, Defendants request the clerk to tax Plaintiff **$22,111.10** in costs, as summarized below:

| | |
|---|---:|
| Transcripts & Video | $12,837.52 |
| Copying | $5,332.08 |
| TIFF Production | $3,941.50 |
| **Total:** | **$22,111.10** |

MORGAN, LEWIS & BOCKIUS LLP

Dated: November 11, 2025

*/s/ A. Klair Fitzpatrick*
Michael L. Banks (Pa. ID No. 35052)
A. Klair Fitzpatrick (Bar No. 309329)
Mary Ann F. McNulty (Bar No. 330631)
Arielle H. Steinhart (Bar No. 331886)
2222 Market Street
Philadelphia, PA 19103
Phone: (215) 963-4628
Facsimile: (215) 963-5001
michael.banks@morganlewis.com
klair.fitzpatrick@morganlewis.com
mary.mcnulty@morganlewis.com
arielle.steinhart@morganlewis.com

*Counsel for Defendants the Trustees of the University of Pennsylvania.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2025, I caused the foregoing to be filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania using the Court's CM/ECF system. The foregoing is available for viewing and download from the Court's CM/ECF system, and a true and correct copy was served via CM/ECF to all counsel of record registered with the Court's CM/ECF system.

*/s/ A. Klair Fitzpatrick*
A. Klair Fitzpatrick
