## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY WAX** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE TRUSTEES OF THE UNIVERSITY** | : | |
| **OF PENNSYLVANIA** | : | |
| | : | **NO. 25-269** |

## <u>ORDER</u>

**NOW**, this 18th day of December, 2025, upon consideration of Defendants' Motion for Bill of Costs (Doc. No. 59) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED** without prejudice.[1]

TIMOTHY J. SAVAGE, J.

---

[1] On August 27, 2025, we granted the defendants' motion to dismiss. We dismissed Wax's federal claims and declined to exercise supplemental jurisdiction over her state law claims. On September 26, 2025, Wax appealed to the Third Circuit. That appeal is still pending. On November 11, 2025, defendants filed a motion for bill of costs.

Pursuant to Local Rule of Civil Procedure 54.1(a)(2), costs will not be taxed while an appeal is pending. Thus, defendants' motion is premature.

Defendants may re-file a bill of costs or a motion for costs at the conclusion of the appeal.